JS-6

1    TRACY L. WILKISON
     Acting United States Attorney
2    DAVID M. HARRIS
3    Assistant United States Attorney
     Chief, Civil Division
4    CEDINA M. KIM
5    Assistant United States Attorney
     Senior Litigation Counsel, Civil Division
6    JENNIFER LEE TARN, CSBN 240609
7    Special Assistant United States Attorney
        Social Security Administration
8        160 Spear Street, Suite 800
9        San Francisco, CA 94105
10       Telephone: (415) 977-8825
        Facsimile: (415) 744-0134
11       Email: Jennifer.Tarn@ssa.gov
12    Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOLEEN M. FENTON-FAHMY, <br>       Plaintiff, <br><br>   vs. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br>       Defendant. | Case No.: 2:20-cv-08228-ADS <br><br> **JUDGMENT** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 3/15/2021        /s/ Autumn D. Spaeth
                        HONORABLE JUDGE AUTUMN D. SPAETH
                        UNITED STATES MAGISTRATE JUDGE