JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
        25350 Magic Mountain Pkwy Suite 300
        Valencia, CA   91355
        Tel:   (818) 905 6611
        Fax:   (818) 789 1375
        Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOLEEN M. FENTON-FAHMY,            )        No. 2:20-08228 ADS
                                   )
            Plaintiff,             )        ORDER AWARDING
                                   )        ATTORNEYS FEES PURSUANT TO
vs.                                )        EAJA 28 U.S.C. §2412(d)
                                   )
ANDREW SAUL,                       )
COMMISSIONER OF SOCIAL             )
SECURITY                           )
                                   )
            Defendant              )
_____

        Pursuant to the Stipulation between the parties, through their respective counsel,

awarding attorney's fees under EAJA,

        IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $1,059.00

in attorney's fees, subject to the terms of the stipulation.


Dated:      05/25/2021

                                        /s/ Autumn D. Spaeth
                                        HON. AUTUMN D. SPAETH
                                        U.S. Magistrate Judge